## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

IN RE: Timo Aranjo III            )
                                  )  Case No.: 15-22516
                                  )
        Debtor(s)         )

## MOTION FOR POST-CONFIRMATION FEES

    Comes now, attorney for Debtor(s) hereby requests additional compensation for services performed on behalf of the Debtor(s).

____X_____   Defense of Motions to Dismiss - $250
                  Date Response filed 6/10/19
____X_____   Motions to Suspend or Abate Payments - $250
                  Date Application/Motion filed 6/10/19

    The services indicated above having been completed, additional compensation is hereby requested in the amount of $500.00, and expenses in the amount of $0.00.

    **I hereby certify that the services referenced in this motion were actually provided after the original confirmation (3/24/16) of the plan in this case.**

6/28/2019

                                              Respectfully submitted,
                                              W M Law

                                              s/ Jeffrey L. Wagoner
                                              Jeffrey L. Wagoner, KS #17489
                                              15095 W 116th St.
                                              Olathe, KS 66062
                                              (913) 422-0909 / (913) 428-8549
                                              bankruptcy@wagonergroup.com
                                              ATTORNEY FOR DEBTOR(S)

Case 15-22516   Doc# 65   Filed 06/28/19   Page 1 of 2

1

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTOR'S COUNSEL'S MOTION FOR POST-CONFIRMATION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before July 19, 2019 the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 144, Kansas City, Kansas 66101, on August 9, 2019 at 9:30a.m., or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2019, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

| | |
|---|---|
| Timo Aranjo III<br>15443 W. 147th Drive<br>Olathe, KS 66062 | Served via US Mail |
| William H. Griffin<br>5115 Roe Ave. Ste 200<br>Roeland Park, KS 66205 | Served via US Mail |
| Attorney for the United States Trustee<br>301 North Main, Suite 1150<br>Wichita, KS 67202 | Served via US Mail |

s/ Jeffrey L. Wagoner
ATTORNEY FOR DEBTORS