## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:     Timo n.m.n. Aranjo, III     )     Case No. 15-22516-RDB13
                  Debtor     )

### MOTION TO MODIFY PLAN TO ABATE AND DECREASE PAYMENTS, EXTEND PLAN TERM SEC. 1329(d) – the CARES ACT, AND REQUEST FOR ATTORNEY COMPENSATION

**COMES NOW** Debtor, Timo Aranjo, III, by and through Counsel, and for this Motion to Modify the Chapter 13 Plan to Abate and Decrease Payments, Extend Term under Sec. 1329(d) – the CARES Act, and Debtor's Counsel's Request for Compensation, shows the Court as follows:

1) On December 2, 2015, Debtor filed a Petition and Plan for Chapter 13 relief.

2) On March 24, 2016, Debtor's Plan was confirmed by Order of this Court.

3) Debtor has defaulted on Plan payments because he "has experienced a material financial hardship due, directly or indirectly, to the coronavirus disease 2019 (COVID–19) pandemic," as provided under the CARES Act. More specifically Debtor asserts enduring a "hardship" under the CARES Act § 2102(a)(3)(A)(ii)(I)**(bb), (cc), (dd) (ff), and (jj).** Debtor's children contracted COVID-19 in May 2020 forcing Debtor to stay home to care for them and self-quarantine. Debtor miraculously did not contract the virus, or perhaps was asymptomatic. Debtor is employed in the commercial food service industry in his company's rather new division which trucks food orders to large companies and governments. Due to more people working from home his employer's food trucking division essentially vanished causing Debtor's employer to furlough him through the month of June 2020. Debtor's has returned to work now working in the same plus other divisions for his employer. Additionally, Debtor's children are now remote schooling causing their household expenses for food and learning costs to increase.

4) Simultaneously with the filing of this Motion, Debtor is filing an updated Schedule I/J.

5) Debtor's Counsel has performed additional work on this Case post-Confirmation for Debtor's Response to the Trustee's Motion to Dismiss, this Motion, and the Amended Schedules I/J, which Debtor's Counsel seeks compensation for and to be paid through the Plan.

6) In light of the foregoing, Debtor move the Court for an order that:

   a) directs the Chapter 13 Trustee to abate all defaulted Plan payments through **January 2021, with decreased monthly payment $340.00 to resume in February 2021;**

   b) allows the Plan's term to extend beyond 60 months, but no longer than 84 months as provided under 11 U.S.C. §1329(d) – the CARES Act; and

   c) awards Debtor's Counsel additional **attorney fees totaling $850.00** to be paid through the Plan for Debtor's Response ($250), this Motion ($350), and amended Schedules I/J ($250).

1

**WHEREFORE**, Debtor, for the foregoing reasons, requests the Court enter an order that:

a. directs the Chapter 13 Trustee to abate all defaulted Plan payments through **January 2021, with decreased monthly payment $340.00 to resume in February 2021;**

b. allows the Plan's term to extend beyond 60 months, but no longer than 84 months as provided under 11 U.S.C. §1329(d) – the CARES Act; and

c. awards Debtor's Counsel additional **attorney fees totaling $850.00** to be paid through the Plan for Debtor's Response ($250), this Motion ($350), and amended Schedules I/J ($250); and

d. for such further relief as the Court deems equitable and proper upon the premises.

Dated: February 4, 2021

Respectfully submitted,
WM Law

s/ Jeffrey L. Wagoner
Jeffrey L. Wagoner, MO #44365; KS #17489
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **February 25, 2021** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **March 16, 2021 at 1:30 p.m.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2021, the foregoing was delivered via e-mail to the parties registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

s/ Jeffrey L. Wagoner