# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In Re:         Timo n.m.n. Aranjo, III                     )          Case No. 15-22516-RDB13
                                      Debtor            )

## MOTION TO MODIFY (ABATE AND DECREASE) CHAPTER 13 PLAN PAYMENTS, AND REQUEST FOR ATTORNEY COMPENSATION

**COMES NOW** Debtor, Timo Aranjo, III, by and through Counsel, and for this Motion to Modify the Chapter 13 Plan to Abate and Decrease Payments, Extend Term under Sec. 1329(d) – the CARES Act, and Debtor's Counsel's Request for Compensation, shows the Court as follows:

1) On December 2, 2015, Debtor filed a Petition and Plan for Chapter 13 relief.

2) On March 24, 2016, Debtor's Plan was confirmed by Order of this Court, and has since been extended under the CARES Act.

3) October 2022 is month 82 of the Debtor's Plan, and there is a pending Motion to Dismiss for Default due to Debtor being furloughed and returning to part-time hours. Debtor's default has caused the Trustee to fall behind on conduit mortgage payments. In light of this, Debtors has filed a Motion for Post-Confirmation Amendment of Plan (Doc. #117) to surrender his interest in the mortgage to ensure he still qualifies for a discharge order upon completion to the Plan, and to alleviate the Trustee's requirement to continue with conduit mortgage payments. Debtor has also filed Doc. #115, the Motion seeking approval for the Debtor to participate in the Kansas Housing Assistance Fund ("KHAF") who has confirmed they will pay Debtor's mortgage and arrears directly, outside of the Plan. Said Motion also request the Court to order Debtor's Mortgagee and all servicers thereof to cooperate with Debtor and KHAF to ensure funds are remitted to Debtor's mortgagee either during the life of the Plan, or after entry of a discharge order.

4) In light of the foregoing, Debtor requests an order directing the Chapter 13 Trustee to **abate all defaulted payments through November 2022, with decreased payments of $750.00 to resume in December 2022.**

5) Debtor's Counsel also request **additional attorney fees totaling $690.00** which is to be paid through the Plan for the filing of Doc. Nos. 115, 117, this Motion, and the forthcoming Response to the Trustee's Motion to Dismiss.

**WHEREFORE**, Debtor, for the foregoing reasons, requests the Court enter an order that:

a.     directs the Chapter 13 Trustee to abate all defaulted Plan payments through **November 2022, with decreased monthly payments of $750.00 to resume in December 2022;**

b.  awards Debtor's Counsel additional **attorney fees totaling $690.00** which to be paid through the Plan for the filing of Doc. #115, Doc #117, this Motion, and Responding to the Trustee's Motion to Dismiss; and

c.  for such further relief as the Court deems equitable and proper.

Dated: October 25, 2022

Respectfully submitted,
WM Law

s/ Jeffrey L. Wagoner
Jeffrey L. Wagoner, MO #44365; KS #17489
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **11/15/2022** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **12/20/2022 at 1:30 p.m.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, the foregoing was delivered via e-mail to the parties registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

s/ Jeffrey L. Wagoner